UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER CORPORATION,

                                           Plaintiff,      Civil Action No.:
                                                              1:18-cv-07298 (VM)

    -against-

ACTION ENVIRONMENTAL SERVICES AND                   **STIPULATION OF**
INTERSTATE WASTE SERVICES OF NEW                     **DISCONTINUANCE**
JERSEY, INC.,

                                            Defendants.
-------------------------------------------------------------------------X
ACTION CARTING ENVIRONMENTAL SERVICES, INC.
s/h/a ACTION ENVIRONMENTAL SERVICES and
INTERSTATE WASTE SERVICES OF NEW JERSEY, INC.,

                                    Third-Party Plaintiffs,

    -against-

THE MADISON SQUARE GARDEN COMPANY,
MSG ARENA, LLC and MSGN HOLDINGS, L.P.,

                                    Third-Party Defendants.
-------------------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, that the above-entitled action, including all third-party claims and counterclaims, be and the same hereby is discontinued with prejudice and without costs to any party against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Syosset, New York
June 15, 2020

_____  7/23/20
LANDMAN CORSI BALLAINE & FORD, P.C.
Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER
CORPORATION
One Gateway Center, 4th Floor
Newark, NJ 07102
(973) 623-2700 (Phone)
(973) 623-4496 (Fax)

_____
CHESNEY & NICHOLAS, LLP
Attorneys for Defendants/Third-Party Plaintiffs
ACTION CARTING ENVIRONMENTAL
SERVICES, INC. s/h/a ACTION
ENVIRONMENTAL SERVICES
and INTERSTATE WASTE SERVICES
OF NEW JERSEY, INC.
485 Underhill Boulevard, Suite 308
Syosset, NY 11791
(516) 378-1700 (Phone)
(516) 378-7633 (Fax)

_____
TARSHIS & HAMMERMAN, LLP
Attorneys for Third-Party Defendants
THE MADISON SQUARE GARDEN COMPANY,
MSG ARENA, LLC and MSGN HOLDINGS, L.P.
Office & P.O. Address
118-35 Queens Boulevard
Forest Hills, New York 11375
(718) 793-5000

/eg